■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH FARINO, Appellant. [800 NYS2d 194]—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Mullen, J.), rendered April 4, 2002, convicting him of murder in the second degree and arson in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions that it was error to charge the jury on both intentional murder (*see* Penal Law § 125.25 [1]) and depraved indifference murder (*see* Penal Law § 125.25 [2]), and that the evidence was legally insufficient to support a conviction of depraved indifference murder (*see* Penal Law § 125.25 [2]; *People v Payne*, 3 NY3d 266 [2004]) are unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray*, 86 NY2d 10, 19 [1995]), and we decline to reach them in the exercise of our interest of justice jurisdiction (*see* CPL 470.15 [3] [c], [6] [a]).

Most of the errors allegedly made by the prosecutor on summation were not objected to by defense counsel and therefore, are also unpreserved for appellate review (*see People v Rivera*, 73 NY2d 941 [1989]). With respect to the only preserved issue, the court clearly instructed the jury that the burden of proof remained on the People and did not shift to the defendant (*see People v Martinez*, 5 AD3d 278 [2004]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Krausman, J.P., Luciano, Spolzino and Lifson, JJ., concur.